UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMING SONG,

                Plaintiff,

-against-

XAVIER BECERRA, Secretary, U.S. Dept. of Health and Human Services Agency,

                Defendant.

23-CV-7484 (JGLC)

ORDER DENYING IFP APPLICATION

JESSICA G. L. CLARKE, United States District Judge:

       Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    August 28, 2023
            New York, New York

                                            JESSICA G. L. CLARKE
                                            United States District Judge